UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Charles L. Powell Jr.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-12912<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

## ORDER MODIFYING PLAN

THIS CAUSE coming to be heard on Debtor's Motion, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that Debtor's Plan is modified and payments will increase to $632.00 commencing July 3, 2020.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  June 15, 2020

**Prepared by:**

Lee Ratliff & Associates LLC
1800 Ridge Road
Homewood IL 60430