UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-12912 |
|---|---|---|
| Charles L. Powell Jr | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AMENDING ORDER

THIS CAUSE coming to be heard on Debtor's Motion, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto,

IT IS HEREBY ORDERED that the Order entered on June 15, 2020, will include language that any current default is deferred.

Enter:  *Jacqueline P. Cox*
_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: August 10, 2020

**Prepared by:**

Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422