## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In RE: | ) | Chapter 13 |
| | ) | |
| CHARLES POWELL, JR. | ) | Case No. 19-12912 |
| | ) | |
| Debtor. | ) | Judge Cox |

## NOTICE OF MOTION

*To the following parties that have been noticed by CM/ECF electronic delivery:*
Thomas Hooper, Chapter 13 Trustee

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*
See Attached List

PLEASE TAKE NOTICE that on April 4, 2022, at 10:00 a.m., I will appear before the Honorable Judge Cox, or any judge sitting in that judge's place, and present the **MOTION TO MODIFY PLAN,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   /s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed on the attached Service List via CM/ECF or first-class U.S. Mail, on or before March 14, 2022.

    Respectfully submitted,

    /s/ *Dustin B. Allen*
    Dustin B. Allen

## Service List

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*

Capital One Auto Finance, a division of Capital On
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

COTTONWOOD FINANCIAL ILLINOIS, LLC
1901 GATEWAY DRIVE
SUITE 200
IRVING, TX 75038

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SpeedyRapid Cash
PO Box 78048
Wichita, KS 67278

Advocate Health Care
PO Box 1123
Minneapolis, MN 55440-1123

Honor - C/O Peritus Portfolio Services
P.O. Box 141419
Irving, TX 75014

ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY
PO BOX 19035
SPRINGFIELD, IL 62794-9035

IRS
PO Box 7346
Philadelphia PA 19101

**Charles L Powell, Jr.**
3221 Wilcox
Bellwood, IL 60104

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In RE: | ) | Chapter 13 |
| | ) | |
| CHARLES POWELL, JR. | ) | Case No. 19-12912 |
| | ) | |
| Debtor. | ) | Judge Cox |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtors, by and through their attorney, David Freydin, to submit their Motion to Modify Plan. In support thereof, the Debtor states as follows:

1. The Debtor filed for relief under Chapter 13 of Title 11, U.S.C., on May 3, 2019.

2. Their Chapter 13 Plan currently requires monthly payments of $632.00 per month for a plan term of 60 months, with distributions to general, unsecured creditors of at least 6% of their claims.

3. The Debtor is currently in default in the amount of $4,280.50.

4. The Debtor's default occurred due to a change in the Debtor's income. The Debtor lost his job in February of 2021, and started receiving unemployment. This persisted until near the end of 2021. During this window, the Debtor's plan payments were sporadic based on the fact that he was not receiving his usual income.

5. The Debtor is now reemployed by his former employer, and can resume making plan payments to the Trustee.

6. The Debtor proposes to modify his plan to defer his default and increase his monthly payment to $905.00 per month. Deferring the default and increasing the plan payment in this way will not cause the Chapter 13 plan to last more than 60 months.

7. The Debtor makes this proposal in good faith, with an intent to complete their Chapter 13 plan.

WHEREFORE, the Debtor prays that this Court enter an Order modifying the Chapter 13 plan, and for such further relief that this Court may deem just and proper.

Respectfully Submitted,

/s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)